## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                              Case No. 3:18mj81-CJK

VIOREL ANTOANEL NABOIU
a/k/a "LUIGI LATORZA"

_____/

### ORDER OF DETENTION - HEARING WAIVED

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), the government moved for detention with respect to Defendant. Defendant, after consulting with counsel, waived a preliminary hearing and detention hearing at this time without prejudice to requesting a preliminary hearing and/or detention hearing in the prosecuting district.

The Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the

corrections facility shall deliver the Defendant to the United States Marshal for the

purpose of an appearance in connection with a court proceeding.

Dated:        June 12, 2018

/s/ Charles J. Kahn, Jr.

CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                              Case No. 3:18mj81-CJK

FLORIN BERSANU
a/k/a "KIM OLSEN"

_____/

### ORDER OF DETENTION - HEARING WAIVED

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), the government moved for detention with respect to Defendant. Defendant, after consulting with counsel, waived a preliminary hearing and detention hearing at this time without prejudice to requesting a preliminary hearing and/or detention hearing in the prosecuting district.

The Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the

corrections facility shall deliver the Defendant to the United States Marshal for the

purpose of an appearance in connection with a court proceeding.

Dated:     June 12, 2018

/s/ Charles J. Kahn, Jr.

CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

**COMMITMENT**

-vs -

**TO ANOTHER DISTRICT**

**VIOREL ANTOANEL NABOIU**
**a/k/a "LUIGI LATORZA"**

**CASE NO. 3:18MJ81-CJK**

| CHARGES | | |
|---|---|---|
| **Charging Document** | **Statute** | **Charging District** |
| Indictment | Title 18 U.S.C. §§ 1349, 1344 & 2, 1028A(a)(1) & 2, 1029(a)(3), 1029(c)(1)(a)(i) & 2 | Eastern District of Virginia |
| | | Case No. 3:18cr75 |

**Description:** Conspiracy to commit bank fraud, bank fraud, aggravated identity theft, and access device fraud

| PROCEEDINGS |
|---|
| **BOND STATUS:** |
| **COUNSEL:**   Federal Public Defender |
| **INTERPRETER:** |

## TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of **FLORIN BERSANU a/k/a "KIM OLSEN"** and to transport the defendant with a certified copy of this Commitment Order forthwith to the Charging District and there deliver him to the United States Marshal for that District or to some other officer authorized to receive the defendant.

*/s/ Charles J. Kahn, Jr.*

June 12, 2018

CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE

| RETURN | | |
|---|---|---|
| Commitment Order Received: | Place of Commitment: | Date Defendant Committed: |
| Date | United States Marshal | By Deputy Marshal |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

-vs -

**FLORIN BERSANU**
**a/k/a "KIM OLSEN"**

**COMMITMENT**

**TO ANOTHER DISTRICT**

**CASE NO. 3:18MJ81-CJK**

| CHARGES | | |
|---|---|---|
| **Charging Document** | **Statute** | **Charging District** |
| Indictment | Title 18 U.S.C. §§ 1349, 1344 & 2, 1028A(a)(1) & 2, 1029(a)(3), 1029(c)(1)(a)(i) & 2 | Eastern District of Virginia |
| | | Case No. 3:18cr75 |

**Description:** Conspiracy to commit bank fraud, bank fraud, aggravated identity theft, and access device fraud

| PROCEEDINGS |
|---|
| **BOND STATUS:** |
| **COUNSEL:**   Federal Public Defender |
| **INTERPRETER:** |

## TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of **FLORIN BERSANU a/k/a "KIM OLSEN"** and to transport the defendant with a certified copy of this Commitment Order forthwith to the Charging District and there deliver him to the United States Marshal for that District or to some other officer authorized to receive the defendant.

*/s/ Charles J. Kahn, Jr.*

June 12, 2018

CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE

| RETURN | | |
|---|---|---|
| **Commitment Order Received:** | **Place of Commitment:** | **Date Defendant Committed:** |
| **Date** | **United States Marshal** | **By Deputy Marshal** |

# UNITED STATES DISTRICT COURT

for the

Northern District of Florida

|  |  |
|---|---|
| United States of America ) | |
| v. ) | Case No.  3:18mj81 |
| VIOREL ANTOANEL NABIOU ) | |
| ) | Charging District's Case No.  3:18cr75 |
| *Defendant* ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*   Eastern District of Virginia

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)     a hearing on any motion by the government for detention;

(6)     request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐     an identity hearing and production of the warrant.

☐     a preliminary hearing.

☐     a detention hearing.

☒     an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
☐ preliminary hearing and/or ☒ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:   6/12/18

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Lauren Cobb

*Printed name of defendant's attorney*

# UNITED STATES DISTRICT COURT

for the

Northern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 3:18mj81 |
| FLORIN BERSANU | ) | |
| | ) | Charging District's Case No. 3:18cr75 |
| _____ | ) | |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*     Eastern District of Virginia

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)     a hearing on any motion by the government for detention;

(6)     request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐     an identity hearing and production of the warrant.

☐     a preliminary hearing.

☐     a detention hearing.

☒     an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
☐ preliminary hearing and/or ☒ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:   6/12/19

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Lauren Abb
*Printed name of defendant's attorney*

Filed 06/12/18 USDC FLN 3AM 1031

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                        Case No. 3:18mj81-CJK

VIOREL ANTOANEL NABOIU
a/k/a "LUIGI LATORZA"

_____/

### ORDER

Defendant having appeared before the court, and having been examined by the undersigned, and the court having determined from the sworn testimony of the Defendant that said Defendant is qualified for appointment of counsel pursuant to the provisions of the Criminal Justice Act, it is hereby **ORDERED**:

The **FEDERAL PUBLIC DEFENDER**, Blount Building, Suite 200, 3 West Garden Street, Pensacola, Florida 32502, telephone number (850) 432-1418, is appointed to represent this Defendant and serve as counsel of record in the above-styled cause. Further proceedings will be held before the United States District Court AS DIRECTED. The Defendant is presently in custody. If a Criminal Justice Act (CJA) panel attorney is selected by the Public Defender as Defendant's attorney, this order authorizes payment of the CJA attorney for work on behalf of Defendant from the time that attorney was contacted by the Public Defender to take the case and

agreed to take the case, even though that work predated this order. The pretrial

service officer is hereby authorized to provide copies of the defendant's criminal

history to both parties.

**DONE** and **ORDERED** this 12th day of June, 2018.

*/s/ Charles J. Kahn, Jr.*

**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                        Case No. 3:18mj81-CJK

FLORIN BERSANU
a/k/a "KIM OLSEN"
_____/

## ORDER

Defendant having appeared before the court, and having been examined by the

undersigned, and the court having determined from the sworn testimony of the

Defendant that said Defendant is qualified for appointment of counsel pursuant to the

provisions of the Criminal Justice Act, it is hereby **ORDERED**:

The **FEDERAL PUBLIC DEFENDER**, Blount Building, Suite 200, 3 West

Garden Street, Pensacola, Florida 32502, telephone number (850) 432-1418, is

appointed to represent this Defendant and serve as counsel of record in the above-

styled cause. Further proceedings will be held before the United States District Court

AS DIRECTED. The Defendant is presently in custody. If a Criminal Justice Act

(CJA) panel attorney is selected by the Public Defender as Defendant's attorney, this

order authorizes payment of the CJA attorney for work on behalf of Defendant from

the time that attorney was contacted by the Public Defender to take the case and

agreed to take the case, even though that work predated this order. The pretrial service officer is hereby authorized to provide copies of the defendant's criminal history to both parties.

**DONE** and **ORDERED** this 12th day of June, 2018.

/s/ *Charles J. Kahn, Jr.*

**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 3:18mj81-CJK

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 3:18mj81-CJK

VIOREL ANTOANEL NABOIU
a/k/a "LUIGI LATORZA"

:
_____/

### INITIAL APPEARANCE FOR DEFENDANT
### CHARGED IN ANOTHER DISTRICT

The defendant has been advised by the undersigned of the rights enumerated herein and the following action has been taken:

1. Advised that defendant is before a U.S. Magistrate

2. Advised of the charge or charges

3. Advised that defendant does not have to make any statement; that they have a right to consult with an attorney before making any statement; that any statement they make could be used against them; that they will not be called upon to enter a plea at this hearing

4. Advised of right to hire counsel, or have counsel appointed if, after inquiry, found to be financially unable to hire counsel

5. Defendant executed CJA 23



6.  Federal public defender appointed after
    determination defendant unable to hire
    counsel (CJA 20)                                    _____

7.  Advised defendant should obtain
    and file CJA 23 if subsequently
    decide to request appointment of counsel            _____

8.  Defendant admitted financial ability to employ
    counsel/Counsel                                     _____

9.  Defendant found financially unable to
    employ counsel                                      _____

10. Defendant found to be able to make full
    or partial payment for appointed counsel            _____

11. Federal public defender appointed solely for
    the purposes of proceedings in this district        ✗

12. Since indicted, informed that not entitled to a
    preliminary hearing

13. Advised of right to hearing in this district as to identity
    (Rule 5(a))                                         ✗

    (a)  Advised of right to subpoena witnesses
         and produce evidence at identity hearing        ✗

    (b)  Advised the consequence after identity
         hearing is removal to the charging district
         and issuance of warrant                        ✗

    (c)  Advised of right to waive identity hearing      ✗

    (d)  Identity hearing waived (AO 121)                ✗

Case No. 3:18mj81-CJK

(e)    Fix date for identity hearing

_____    _____

(f)    Identity hearing held and defendant
found/not found  to be the person
named in the charging instrument    _____

(g)    Removal warrant authorized    ✗

14.    Defendant advised of right to consider
Rule 20 transfer    ✗

15.    Defendant advised of right to reasonable bail    ✗

16.    Order Setting Conditions of Release entered
(AO 199A)    _____

17.    Government moved for detention without bail    _____

(a)    Government represented ready for detention
hearing immediately    _____

(b)    Government requested continuance of _____
days (up to and including 3 days)    _____

(c)    Defendant advised of right of continuance
for up to and including 5 days    _____

(d)    Detention hearing scheduled and Temporary
Detention Order entered    _____

(e)    Detention hearing conducted    _____

1)    Order of detention entered    _____

2)    Order Setting Conditions of Release entered    _____

Case No. 3:18mj81-CJK

(f)   Defendant stipulated to detention pending
      review in charging district

(g)   Defendant currently under order of
      incarceration, negating necessity of
      consideration of detention on this
      charge(s) at this time

**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTES:_____

_____

_____

Date: June 1?, 2018

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 3:18mj81-CJK

FLORIN BERSANU
a/k/a "KIM OLSEN"

_____/

## INITIAL APPEARANCE FOR DEFENDANT
## CHARGED IN ANOTHER DISTRICT

The defendant has been advised by the undersigned of the rights enumerated
herein and the following action has been taken:

1.  Advised that defendant is before a U.S. Magistrate 

2.  Advised of the charge or charges

3.  Advised that defendant does not have to make any
    statement; that they have a right to consult
    with an attorney before making any statement;
    that any statement they make could be used
    against them; that they will not be called
    upon to enter a plea at this hearing 

4.  Advised of right to hire counsel, or have
    counsel appointed if, after inquiry, found
    to be financially unable to hire counsel 

5.  Defendant executed CJA 23 

6. Federal public defender appointed after determination defendant unable to hire counsel (CJA 20)                          _____

7. Advised defendant should obtain and file CJA 23 if subsequently decide to request appointment of counsel          _____

8. Defendant admitted financial ability to employ counsel/Counsel                                    _____

9. Defendant found financially unable to employ counsel                                            _____

10. Defendant found to be able to make full or partial payment for appointed counsel           _____

11. Federal public defender appointed solely for the purposes of proceedings in this district           X

12. Since indicted, informed that not entitled to a preliminary hearing

13. Advised of right to hearing in this district as to identity (Rule 5(a))                                              X

   (a) Advised of right to subpoena witnesses and produce evidence at identity hearing          X

   (b) Advised the consequence after identity hearing is removal to the charging district and issuance of warrant                          X

   (c) Advised of right to waive identity hearing          X

   (d) Identity hearing waived (AO 121)          X

Case No. 3:18mj81-CJK

    (e)    Fix date for identity hearing

                                       \_\_\_\_\_

    (f)    Identity hearing held and defendant
             found/not found  to be the person
             named in the charging instrument       \_\_\_\_\_

    (g)    Removal warrant authorized             ╪

14.   Defendant advised of right to consider
      Rule 20 transfer                          X

15.   Defendant advised of right to reasonable bail    ✗

16.  · Order Setting Conditions of Release entered
      (AO 199A)                       \_\_\_\_\_

17.   Government moved for detention without bail    ✗

    (a)    Government represented ready for detention
             hearing immediately                \_\_\_\_\_

    (b)   Government requested continuance of \_\_\_\_\_
             days (up to and including 3 days)       \_\_\_\_\_

    (c)    Defendant advised of right of continuance
             for up to and including 5 days         \_\_\_\_\_

    (d)   Detention hearing scheduled and Temporary
             Detention Order entered             \_\_\_\_\_

    (e)    Detention hearing conducted           \_\_\_\_\_

        1)    Order of detention entered         \_\_\_\_\_

        2)    Order Setting Conditions of Release entered   \_\_\_\_\_

Case No. 3:18mj81-CJK

(f) Defendant stipulated to detention pending
review in charging district

(g) Defendant currently under order of
incarceration, negating necessity of
consideration of detention on this
charge(s) at this time

**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTES:_____

_____

Date: June 17, 2018

Query    Reports    Utilities    Help    What's New    Log Out

CLOSED

# U.S. District Court
## Northern District of Florida (Pensacola)
## CRIMINAL DOCKET FOR CASE #: 3:18-mj-00081-CJK All Defendants

Case title: USA v. BERSANU et al                Date Filed: 06/11/2018

Assigned to: MAGISTRATE JUDGE
CHARLES J KAHN, JR

### Defendant (1)

**FLORIN BERSANU**
*also known as*
KIM OLSEN

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| None | |

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

Assigned to: MAGISTRATE JUDGE
CHARLES J KAHN, JR

### Defendant (2)

**VIOREL ANTOANEL NABOIU**
*also known as*
LUIGI LATORZA

**Pending Counts**                              **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                           **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                  **Disposition**

None

---

**Plaintiff**

**USA**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/11/2018 | 1 | COPY of indictment from Eastern District of Virginia (Richmond) by USA as to FLORIN BERSANU, VIOREL ANTOANEL NABOIU (ijm) (Entered: 06/12/2018) |
| 06/12/2018 | 2 | Minute Entry for proceedings held before MAGISTRATE JUDGE CHARLES J KAHN, JR:Initial Appearance in Rule 5(c)(3) Proceedings as to FLORIN BERSANU held on 6/12/2018 (Court Reporter CD.) (ijm) (Entered: 06/12/2018) |
| 06/12/2018 | 3 | Minute Entry for proceedings held before MAGISTRATE JUDGE CHARLES J KAHN, JR:Initial Appearance in Rule 5(c)(3) Proceedings as to VIOREL ANTOANEL NABOIU held on 6/12/2018 (Court Reporter CD.) (ijm) (Entered: 06/12/2018) |
| 06/12/2018 | 4 | CJA 23 Financial Affidavit by FLORIN BERSANU (PDF sealed per Privacy Policy) (ijm) (Entered: 06/12/2018) |
| 06/12/2018 | 5 | CJA 23 Financial Affidavit by VIOREL ANTOANEL NABOIU (PDF sealed per Privacy Policy) (ijm) (Entered: 06/12/2018) |
| 06/12/2018 | 6 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to FLORIN BERSANU.. Signed by MAGISTRATE JUDGE CHARLES J KAHN, JR on 6/12/18. (ijm) (Entered: 06/12/2018) |

| 06/12/2018 | 7 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to VIOREL ANTOANEL NABOIU.. Signed by MAGISTRATE JUDGE CHARLES J KAHN, JR on 6/12/18. (ijm) (Entered: 06/12/2018) |
|---|---|---|
| 06/12/2018 | 8 | WAIVER of Rule 5(c)(3) Hearing by FLORIN BERSANU. (ijm) (Entered: 06/12/2018) |
| 06/12/2018 | 9 | WAIVER of Rule 5(c)(3) Hearing by VIOREL ANTOANEL NABOIU. (ijm) (Entered: 06/12/2018) |
| 06/12/2018 | 10 | COMMITMENT TO ANOTHER DISTRICT as to FLORIN BERSANU. Defendant committed to District of Eastern District of Virginia (Richmond).. Signed by MAGISTRATE JUDGE CHARLES J KAHN, JR on 6/12/18. (ijm) (Entered: 06/12/2018) |
| 06/12/2018 | 11 | COMMITMENT TO ANOTHER DISTRICT as to VIOREL ANTOANEL NABOIU. Defendant committed to District of Eastern District of Virginia (Richmond).. Signed by MAGISTRATE JUDGE CHARLES J KAHN, JR on 6/12/18. (ijm) (Entered: 06/12/2018) |
| 06/12/2018 | 12 | ORDER OF DETENTION as to FLORIN BERSANU hearing waived.. Signed by MAGISTRATE JUDGE CHARLES J KAHN, JR on 6/12/18. (ijm) (Entered: 06/12/2018) |
| 06/12/2018 | 13 | ORDER OF DETENTION - Hearing Waived as to VIOREL ANTOANEL NABOIU. Signed by MAGISTRATE JUDGE CHARLES J KAHN, JR on 6/12/18. (ijm) (Entered: 06/12/2018) |
| 06/12/2018 | 14 | Transmittal Letter to Eastern District of Virginia (Richmond). (ijm) (Entered: 06/12/2018) |