# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
## Richmond Division

UNITED STATES OF AMERICA

v.

FLORIN BERSANU,
a/k/a KIM OLSEN
    Defendant.

Case Number: 3:18-CR-00075-REP-1

USM Number: 26077-017

Defendant's Attorney: NIA AYANNA VIDAL

## JUDGMENT IN A CRIMINAL CASE

The defendant pleaded guilty to Counts 1 and 8 of the Indictment.

Accordingly, the defendant is adjudged guilty of the following counts involving the indicated offenses.

| Title and Section | Nature of Offense | Offense Class | Offense Ended | Count |
|---|---|---|---|---|
| 18 U.S.C. § 1349 | CONSPIRACY TO COMMIT BANK FRAUD | Felony | 05/07/2018 | 1 |
| 18 U.S.C. § 1028A(a)(1) | AGGRAVATED IDENTITY THEFT | Felony | 03/03/2018 | 8 |

On motion of the United States, the Court has dismissed the remaining counts in the indictment (Counts 2 through 7 and 9 through 12) as to defendant FLORIN BERSANU.

As pronounced on December 6, 2018, the defendant is sentenced as provided in pages 2 through 6 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Date of imposition of judgment this 6 day of December, 2018.

/s/ REP
_____
Robert E. Payne
Senior United States District Judge

Dated: December 7, 2018

2019 FEB 25 AM 8:37
RECEIVED UNITED STATES MARSHAL
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

Case Number: 3:18-CR-00075-REP-1
Defendant's Name: BERSANU, FLORIN

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of FIFTY-SEVEN (57) MONTHS. This term of imprisonment consists of a term of THIRTY-THREE (33) MONTHS on Count 1 and a term of TWENTY-FOUR (24) MONTHS on Count 8, all to be served consecutively.

The defendant is remanded to the custody of the United States Marshal.

RETURN

I have executed this judgment as follows: The GEO Group, Inc.
~~Moshannon Valley Correctional Center~~

Defendant delivered on Jan 25, 2019 to 555 GEO Drive
at _____, with a certified copy of this judgment. Philipsburg, PA 16866

E. Staiger, Acting Warden
~~UNITED STATES MARSHAL~~

By R. Toney, Records Clerk
~~DEPUTY UNITED STATES MARSHAL~~